# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cecilia Campos,<br><br>　　　　Defendant. | No. CR-18-02174-002-TUC-JAS (DTF)<br><br>**ORDER** |

　　　　Upon motion of defendant and there being no objection, IT IS ORDERED defendant's conditions of release are modified allowing defendant to travel to Ciudad Obregon, Sonora, Mexico.

　　　　IT IS FURTHER ORDERED defendant notify Pretrial Services within 12 hours of her departure and return to the United States.

　　　　IT IS FURTHER ORDERED defendant provide travel arrangements and details to supervising Pretrial Services Officer and will provide an address and communicate details.

　　　　All other conditions of release shall remain in full force and effect.

　　　　Dated this 12th day of July, 2022.

*[Signature]*

Honorable D. Thomas Ferraro
United States Magistrate Judge